618 A.2d 396

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Edward Joseph BAUER, Petitioner.**

Supreme Court of Pennsylvania,
Western District.

Jan. 27, 1993.

Reconsideration Denied March 3, 1993.

## ORDER

PER CURIAM

The Application for Reconsideration of Denial of Petition for Allowance of Appeal is granted and the Opinion and Order of the Superior Court (*Commonwealth v. Bauer*, 413 Pa.Superior Ct. 220, 604 A.2d 1098 (1992)) are reversed and the matter is remanded for trial. *Commonwealth v. Persinger*, 532 Pa. 317, 615 A.2d 1305 (1992).

The Application to Strike Answer To Application For Reconsideration dismissed as moot.

MONTEMURO, J., did not participate in the consideration or decision of this matter.